**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ X

In re:                                                     Chapter 11

MIAMI METALS I, INC.,                         Case No.: 18-13359 (SHL)

                      Debtor.

_____ X

DONNA H. LIEBERMAN, in her capacity as the
litigation trustee of the MIAMI METALS
LITIGATION TRUST,                            Adv. Pro. No.: 20-01274 (DSJ)

                      Plaintiff,

v.

QML, INC.,

                      Defendant.

_____ X

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable

to adversary proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff,

Donna H. Lieberman, in her capacity as the litigation trustee of the Miami Metals Litigation Trust,

and Defendant, QML, Inc., being all parties who entered an appearance in the above-referenced

adversary proceeding (the "Adversary Proceeding"), stipulate and agree that the Adversary

Proceeding shall be, and hereby is, dismissed with prejudice and without costs.

[Signature page follows]

61036/0001-41486753v1

Dated: August 31, 2021

/s/ Cameron A. Welch
Cameron A. Welch
**COLE SCHOTZ P.C.**
1325 Ave. of the Americas, 19th Fl.
New York, New York 10019
Email:  CWelch@coleschotz.com
*Attorneys for Donna H. Lieberman,*
*in her capacity as litigation trustee of*
*the Miami Metals Litigation Trust*

 /s/ Jennifer V. Doran, Esq.
Jennifer V. Doran, Esq.
**HINCKLEY, ALLEN & SNYDER LLP**
28 State Street
Boston, MA 02109
Email:  jdoran@hinckleyallen.com
*Attorneys for Defendant*

2